# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00244-CV

**Author Manning II, Appellant**

**v.**

**General Motors, Appellee**

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-000197, , JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Author Manning, Jr., seeks interlocutory appeal from the district court's failure to rule on a motion he filed and its failure to set his case for trial on the timeline Manning preferred. On August 1, 2022, we asked Manning to explain the basis on which this Court may exercise jurisdiction over his arguments. Manning timely responded but did not identify a basis for the exercise of our jurisdiction over this attempted appeal. Nor are we aware of any such basis. Accordingly, we dismiss this cause for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Edward Smith, Justice

Before Chief Justice Byrne, Justices Triana and Smith.

Dismissed for Want of Jurisdiction

Filed: August 16, 2022